DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Green<br><br>Case below:<br>157 N.C. App. 717 | No. 332P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(C0A02-1184) | Denied |
| State v. Harper<br><br>Case below:<br>158 N.C. App. 595 | No. 388P03 | 1. Def's NOA Based Upon a Constitutional Question<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA02-764)<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Hartman<br><br>Case below:<br>Northampton<br>County Superior<br>Court | No. 531A94-3 | 1. Def's Motion for Stay of Execution<br><br>2. Def's Petition for Writ of Certiorari | 1. Denied<br>**09/25/03**<br><br>2. Denied<br>**09/25/03** |
| State v. Hartman<br><br>Case below:<br>Northampton<br>County Superior<br>Court | No. 531A94-4 | 1. Def's PWC to Review the Order of the Superior Court<br><br>2. Def's Motion to Stay Execution<br><br>3. Def's Motion to Vacate Death Sentence<br><br>4. Def's Motion to Remand for Entry of a Life Sentence | 1. Denied<br><br>2. Denied<br><br>3. Denied<br><br>4. Denied |
| State v. Keel<br><br>Case below:<br>Edgecomb County<br>Superior Court | No. 134A93-11 | AG's Motion to Lift Stay of Execution | Allowed<br>**09/11/03** |
| State v. Kelly<br><br>Case below:<br>159 N.C. App. 229 | No. 434P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-541)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. King<br><br>Case below:<br>158 N.C. App. 60 | No. 328P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-830)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Latham<br><br>Case below:<br>157 N.C. App. 480 | No. 304P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-595)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |